FILED
2022 JAN 3 AM 11:56
CLERK
U.S. DISTRICT COURT

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORP.,<br><br>Defendant. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 2:21-CV-327 BSJ<br><br>District Judge Bruce S. Jenkins |

Plaintiff, Jeremy Bryan Barney, filed a civil complaint. (ECF No. 8.) On November 1, 2021, the Court ordered Plaintiff to, within thirty days, notify the Court as to whether he is still a prisoner or file a nonprisoner *in forma pauperis* (IFP) application. (ECF No. 10.) He has since neither responded to the Court's order nor filed an updated IFP application. Indeed, the Court has not heard from Plaintiff in over three months. (ECF No. 9.)

IT IS THEREFORE ORDERED that--for failure to prosecute, D. Utah Civ. R. 41-2 (dismissal for failure to prosecute)--Plaintiff's complaint is DISMISSED without prejudice.

DATED this 3rd day of January, 2022.

BY THE COURT:

JUDGE BRUCE S. JENKINS
United States District Court